UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
SUSAN POWERS, individually and on behalf
of all others similarly situated,

                  Plaintiff,

      - against -

MAMA'S BOY BURGERS, LLC and
MICHAEL KOEGEL,

                 Defendants.
------------------------------------x

22 Civ. 00502 (MAD) (ML)

**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)**

WHEREAS, by Order of this Court dated December 6, 2022 (ECF No. 29), the Settlement Agreement reached by the parties (ECF No. 28-1) (the "Settlement Agreement") has been approved as a fair and reasonable resolution of a bona fide dispute,

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that

1. This action is hereby dismissed with prejudice and without costs or attorneys' fees in favor of any party subject to reopening if the settlement consideration referred to in Settlement Agreement ¶ 1 is not paid on or before December 23, 2022.

2. This Court shall retain jurisdiction of the action for the purpose of enforcing this stipulation.

Dated: Yardley, Pennsylvania
       December 8, 2022

ISAACS BERNSTEIN, P.C.

By: _____

Jonathan A. Bernstein
2108 Yardley Road
Yardley, Pennsylvania
(917) 693-7245

Dated: Albany, New York
       December 14, 2022

GIRVIN & FERLAZZO, P.C.

By: _____

Scott P. Quesnel
20 Corporate Woods Blvd.
Albany, New York 12211
(518) 462-0300

jb@lijblaw.com

Margaret McIntyre, Attorney at Law
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(212) 227-9987
mem596@icloud.com
Attorneys for Plaintiff

spq@girvinlaw.com
Attorneys for Defendants

SO ORDERED:

*/s/ Miroslav Lovric*
The Hon. Miroslav Lovric, U.S.M.J

12/16/2022
Date